W. Zev Abramson, SBN 289387
zev@abramsonlabor.com
Jack Gindi, SBN 293739
jack@abramsonlabor.com
Cheryl Kenner, SBN 305758
Cheryl.k@abramsonlabor.com
Nissim Levin, SBN 306376
nissim@abramsonlabor.com
**ABRAMSON LABOR GROUP**
1700 W. Burbank Blvd.
Burbank, California 91506
Tel:   (213) 493-6300
Fax:   (213) 336-3704

Attorneys for Plaintiffs
CHRIS RENTERIA, HERBERT TALLEDO, and STEPHANIE CHIN
and all others similarly situated

[*Additional counsel next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS RENTERIA; HERBERT TALLEDO; and STEPHANIE CHIN, as individuals and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02925-MCS-PD<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUAL CLAIMS AND CLASS ACTION CLAIMS WITHOUT PREJUDICE** |

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR., SBN 132099
TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
CDusseault@gibsondunn.com
MUDIT D. BUCH, SBN 351605
MBuch@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
AMERICAN AIRLINES, INC.

STIPULATION FOR DISMISSAL OF INDIVIDUAL CLAIMS AND CLASS ACTION CLAIMS WITHOUT PREJUDICE                2:24-cv-02925-MCS-PD

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs CHRIS RENTERIA; HERBERT TALLEDO; and STEPHANIE CHIN (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree, through their respective counsel of record, pursuant to the Parties' agreement, that the above referenced action shall be dismissed in its entirety—without prejudice as to Plaintiffs' individual claims and without prejudice as to all putative class action claims—pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The Parties further stipulate and agree that each Party shall bear their own attorneys' fees and costs. All parties who have appeared in this action have consented and agreed to the dismissal of this action pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: April 30, 2024            **ABRAMSON LABOR GROUP**

                                 By: _/s/ Cheryl Kenner_____
                                     Cheryl Kenner

                                 Attorneys for Plaintiffs
                                 CHRIS RENTERIA; HERBERT
                                 TALLEDO; and STEPHANIE CHIN

DATED: April 30, 2024            **GIBSON, DUNN & CRUTCHER LLP**

                                 By: _/s/ Christopher Dusseault_____
                                     Christopher Dusseault

                                 Attorneys for Defendant
                                 AMERICAN AIRLINES, INC.

## ECF ATTESTATION

I, Cheryl Kenner, attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.